# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMERCIAL ROOFING RANA, LLC, et ) <br> al., ) <br> ) <br>     Defendants. ) | No. 2:25-cv-02705-SHL-cgc |

## ORDER DIRECTING PLAINTIFF TO SHOW CAUSE

Plaintiff filed its complaint for declaratory judgment on July 10, 2025. (ECF No. 1.) It served an individual named Maria Ramirez Lozano with a summons and a copy of the complaint on July 19. (ECF No. 9 at PageID 146.) However, in September, the Court ordered Kinsale to cure its defective service of Maria Ramirez Lozano after it notified the court it had inadvertently served the wrong person. (ECF Nos. 18, 19.) Despite Kinsale's assurance that it would effectuate service as soon as practicable, it has failed to file proof of service on the correct Maria Ramirez Lozano on the docket. Therefore, Kinsale is **ORDERED** to show cause within seven days of entry of this Order (October 31, 2025) for its failure to effectuate service of process on the correct Defendant, Maria Ramirez Lozano, or risk dismissal of its action against Lozano without prejudice. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED,** this 24th day of October, 2025.

                                                      s/ Sheryl H. Lipman
                                                      SHERYL H. LIPMAN
                                                      CHIEF UNITED STATES DISTRICT JUDGE